### The Niagara Fire Insurance Company v. Henry DeGraff.

*Amending exceptions.*—This Court will not, by consent of parties, treat that as a part of a bill of exceptions which is not actually incorporated therein by the Judge who settled the same.

*Decided October 24th.*

Error to Lenawee Circuit. A bill of exceptions had been settled in the cause, but afterwards it was stipulated by the parties that a portion of the charge of the Court, not embraced in the bill as settled, should be considered as constituting a part of the bill for the purposes of the argument in this Court.

But the COURT held, that the bill of exceptions could not be thus altered by consent of the parties, without the knowledge and consent of the Judge who tried the cause. Nothing can be considered as a part of the bill of exceptions except what is actually incorporated therein, and settled by the Judge himself.

*C. A. Stacey* and *C. I. Walker*, for plaintiff in error.

*A. L. Millerd* and *T. M. Cooley*, for defendant in error.